FIRST NATIONAL BANK OF GLENS FALLS, Respondent, *v.* GRACE M. PARKS et al., Defendants, and HARRIET P. DUPORT et al., Appellants.

(Argued January 7, 1936; decided January 21, 1936.)

*John A. Slade* and *Irving I. Goldsmith* for appellants. *Henry W. Williams* for respondent.

Appeal dismissed, with costs, on the ground that the order is not a final order in a special proceeding. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.